Sandra W. **JANSKY**, Plaintiff–Appellee,

v.

**SUNTRUST BANKS, INC.,**
**Defendant–Appellant.**

No. 10–10142.

United States Court of Appeals,
Eleventh Circuit.

Feb. 1, 2011.

William U. Norwood, N. Kirkland Pope, Pope McGlamry Kilpatrick Morrison & Norwood, Atlanta, GA, Jay F. Hirsch, Pope McGlamry Kilpatrick, Morrison & Norwood, LLP, Columbus, GA, for Plaintiff–Appellee.

Warren R. Hall, Jr., W.R. Hall, LLC, Atlanta, GA, for Defendant–Appellant.

* Honorable Marcia Morales Howard, United States District Judge for the Middle District of

Before BLACK and HULL, Circuit Judges, and HOWARD,* District Judge.

PER CURIAM:

After reviewing the briefs and with the benefit of oral argument, we affirm the district court's orders dated September 18, 2009 and December 10, 2009.  Among other conclusions, we find Appellant SunTrust Banks, Inc. has not shown that the district court's findings of fact are clearly erroneous in any regard.  After *de novo* review, we also find there is no reversible error in the district court's legal conclusions under Georgia law.

**AFFIRMED.**